

FILED

NOV 2 8 2022

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

*Attachment A - <u>Bivens</u> Complaint form*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Marquita Leigh Meredith
_____

93506-083
_____

_____

_____

_____

_____

_____

_____

*(Enter above the full name of the plaintiff*
*or plaintiffs in this action)*

*(Inmate Reg. # of each Plaintiff)*

v.

CIVIL ACTION NO. 1:22-cv-00515
*(Number to be assigned by Court)*

Jessica McGraw
_____

_____

_____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

Defendant(s).

**COMPLAINT**

**I.    Parties**

      A.    Name of Plaintiff: Marquita Leigh Meredith

             Inmate No.: 93506-083

             Address: Glen Ray Rd Box A
                       Alderson, WV 24910

B.  Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

C.  Name of Defendant: *Jessica McGraw*

Position: *Nurse*

Place of Employment: *Alderson Federal Prison Camp Glen Ray Rd BOX A, Alderson WV 24910*

D.  Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: _____

Position: _____

Place of Employment: _____

_____

Name of Defendant: _____

Position: _____

Place of Employment: _____

_____

2

**II.    Place of Present Confinement**

Name of Prison/Institution: _Alderson Federal Prison Camp_

A.    Is this where the events concerning your complaint took place?

Yes _✓_        No _____

If you answered "no," where did the events occur? _____

_____

B.    Is there a prisoner grievance procedure in this institution?

Yes _✓_        No _____

C.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes _✓_        No _____

If you answered "no," explain why not: _____

_____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): _Administrative remedies then a Tort Claim_

**III.    Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____        No _✓_

B.    If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.    Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

3

2.  Court (if federal court, name the district; if state court, name the county);

_____

3.  Docket Number: _____

4.  Name of judge to whom case was assigned: _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

## IV.  Statement of Claim

State here, as briefly as possible, the <u>facts</u> of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

"See Attachment"

_____

_____

_____

_____

_____

_____

_____

_____

_____

4

Comes now the Plaintiff, pro se, to clarify and further explain the circumstances of medical neglect that the plaintiff has incurred while in BOP Custody. Plaintiff has suffered significant damage to her leg.

On July 25, 2021, Plaintiff was playing softball on the field designated for inmates to play on. On or around 2:50 pm Plaintiff was running between the bases, when the Plaintiff felt her leg pop and immediately fell to the ground on the inmate softball field. The impact of the fall caused the Plaintiff excruciating pain. Plaintiff began screaming for help. Other inmates who were nearby ran to the Plaintiff and helped the Plaintiff off the ground. The inmates went to find the guards to be able to bring the Plaintiff up to the top of the mountain to Health Services. After some time the guards finally arrived and put the plaintiff in a vehicle, then transporting the Plaintiff to the front door of Health Services causing the Plaintiff to have to walk on the Plaintiff's own into Health Services. Plaintiff was then examined by Jessica Mcgraw. Plaintiff expressed to Ms. McGraw the excruciating pain she was experiencing. Plaintiff also expressed there was no way possible Plaintiff could walk without any assistance. Ms. McGraw continued to poke and pull on the plaintiff's leg so hard that the Plaintiff screamed and tears expelled from her eyes. Plaintiff kept explaining to Ms. McGraw about the pain only to be ignored and brushed off as an inconvenience. Ms. Mcgraw ignored every request the Plaintiff made to stop hurting the leg. Ms. McGraw then informed the Plaintiff there would be no crutches nor wheelchair to assist the Plaintiff. Ms. McGraw made it clear that pain medication would not be administered. Ms. McGraw ( a nurse, not a physician) expressed again that the Plaintiff was perfectly fine. Ms. McGraw then forced the Plaintiff to walk on a broken leg with no assistive device and no pain meds. Plaintiff is convinced this caused more extensive damage from the unnecessary movement from the time of injury without the care of a physician due to the negligence of Ms. McGraw making an uneducated, unqualified and negligent observation of the Plaintiff. The Plaintiff is now permanently disabled. For the next two days Plaintiff continued to go to sick call only to be ignored and medically neglected by the unqualified personel of Health Services. Ms. McGraw continued to ignore the severity of the Plaintiff's condition in violation of Plaintiff's constitutional right to medial treatment while in custody of the Bureau of Prisons. Plaintiff called family members to reach out to the Regional Director of the BOP to even get an X-Ray. Plaintiff has since been diagnosed with two fractures and the end of the Plaintiff's bone is completely broken off. Plaintiff suffered months with 2 fractures at the hands of Ms. McGraw's negligence. Plaintiff was left to unnecessarily suffer with no medical treatment, no surgery, nor physical therapy which could have saved the use of the Plaintiff's leg. Plaintiff currently has a disability impairment and is no longer able to walk with no limp or an assistive device, brace or cane. Plaintiff still has significant pain. Plaintiff has trouble with activities of daily living due to the negligence of the BOP and Ms. McGraw. The plaintiff will be unable to even play with her own children due to the disability the Plaintiff now suffers from. Plaintiff's injury was 07/25/2021, Plaintiff never received care nor saw a physician until 2 months later.

Plaintiff respectfully requests this Honorable Court to hold the BOP and Ms. McGraw responsible for the permanent disablility sustained to the Plaintiff due to the lack of medical treatment and willful neglect of Ms. McGraw that has left the Plaintiff permanently disabled.

Respectfully Submitted,

By: *Meredith Marquita Leigh*

Marquita Leigh Meredith

## V.    Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) Plaintiff requesting $10,000,000.00 for mental and physical anguish

2.) The injuries sustained punitive damages to my other knee and hips from improper medical treatment.

3.) I'm entitled to monetary compensation because this is as longterm injury

4.) In which I will endure pain for the rest of my life because I will never have back my normalcy.

5.) I did not accept being injured at the liability of the compelled benefit of any unrevealed contract or commercial agreement. Make check payable to the all cap MARQUITA LEIGH MEREDITH

Signed this 21 day of November , 20 22 .

Respectfully Submitted

By: Meredith, Marquita Leigh

_____
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on This day of the 21ᵗʰ of Nov 2022
(Date)

By: Meredith, Marquita Leigh
(Signature of Plaintiff

5

Marquita L. Meredith #935 06-083-Unit A2
Federal Prison Camp Alderson
Glen Ray Rd Box A
Alderson, WV 24910



Clerk United States District Court
Elizabeth Kee Federal Building
601 Federal St  Room 1000
Bluefield, WV 24701